```
 1  PERRY & SHAPIRO, L.L.P.
    3300 N. Central Avenue, #2200
 2  Phoenix, Arizona 85012
    (602) 222-5711
 3  (602) 222-5701 Facsimile
    (847) 627-8802 Facsimile
 4  AZNotices@logs.com, e-mail
    Christopher R. Perry, Bar #009801
 5  Jason P. Sherman, Bar #019999
    Attorney for Chase Home Finance LLC
 6  [FILE 09-020179 CHE]

 7
                    UNITED STATES BANKRUPTCY COURT
 8                       DISTRICT OF ARIZONA

 9
    In re:                              Case # 2:09-bk-31892-RJH
10
    DEMETRIO VASQUEZ ALLADO, JR.,         Chapter 7 Proceedings
11
             Debtor.
12  ─────────────────────────────
    CHASE HOME FINANCE LLC, its        NOTICE OF FILING OF MOTION FOR
13  assigns and / or successors-in-    RELIEF FROM THE AUTOMATIC STAY
    interest,                           AND NOTICE OF REQUIREMENT
14           Movant,                         TO FILE AN ANSWER
    v.
15                                     Re: Real Property located at
    DEMETRIO VASQUEZ ALLADO, JR.,          12729 West Catalina Drive
16  DAVID M. REAVES, Trustee,                 Avondale, AZ 85323
             Respondents.
17
          NOTICE IS GIVEN that the undersigned attorney
18  represents the Movant and has filed a motion requesting relief
    from the automatic stay the details of which are as follows:
19  Movant is the holder or servicer of a Note secured by a Deed of
    Trust recorded against certain real property described below.
20  Movant is seeking relief from the automatic stay to foreclose
    its Deed of Trust, due to default in payment on the Note.
21
          Legal Description:
22        LOT 367, CORTE SIERRA UNIT I, ACCORDING TO THE PLAT OF
          RECORD IN THE OFFICE OF THE COUNTY RECORDER OF
23        MARICOPA COUNTY, ARIZONA, IN BOOK 514 OF MAPS, PAGE42

24        Property Address: 12729 West Catalina Drive, Avondale,
          AZ 85323
```

```
 1          For further particulars, please see the Motion on file
 2  with the clerk of the U.S. Bankruptcy Court in Arizona.  General
    questions regarding this bankruptcy case should be addressed to
 3  the attorney for the DEBTOR, if any, at the address listed on
    the bankruptcy petition filed with the clerk of the U.S.
 4  Bankruptcy Court in Arizona.  Do not direct general inquiries to
    our office.
 5
            **FURTHER, NOTICE IS GIVEN** that pursuant to Local
 6  Bankruptcy Rule 4001 if no written objection is filed with the
    Court and a copy served on the attorney for Movant whose address
 7  is shown at the upper left corner of this document **WITHIN 15
    DAYS** of service of the motion, the motion for relief from the
 8  automatic stay may be granted without further notice or hearing.
    Only those parties filing objections will receive notice of any
 9  hearings on this matter.

10          DATED this 30 day of December, 2009.

11
                                _____
12                              Jason P. Sherman
                                Attorney for CHASE
13

14                      **CERTIFICATE OF SERVICE**

15          I hereby certify that ___4___ copies of the foregoing were
    mailed this 30 day of December, 2009 to all interested parties
16  and creditors as shown on the master mailing list attached to the
    original filed with the court.
17

18  By _____

19  The original, with copy of the master mailing list attached, was
    filed this 30 day of December, 2009 with:
20
    United States Bankruptcy Court
21  230 N. First Ave., Suite 204
    Phoenix, AZ 85003-1706
22
    Copy of the foregoing was mailed
23  this 30 day of December, 2009 to:

24  Chapter 7 Trustee:
```

```
 1 | DAVID M. REAVES
   | PO BOX 44320
 2 | Phoenix, AZ 85064
   |
 3 | Attorney for Debtor:
   | Russell F. Wenk
 4 | 1616 North Litchefiled Road
   | Suite 215
 5 | Goodyear, AZ 85395
   |
 6 |
   | Debtor:
 7 | Demetrio Vasquez Allado, Jr.
   | 12729 West Catalina Drive
 8 | Avondale, AZ 85392
 9 |
10 | By _____/s/_____
11 |
```