```
 1 | PERRY & SHAPIRO, L.L.P.
   | 3300 N. Central Avenue, #2200
 2 | Phoenix, Arizona 85012
   | (602) 222-5711
 3 | (602) 222-5701 Facsimile
   | (847) 627-8802 Facsimile
 4 | AZNotices@logs.com, e-mail
   | Christopher R. Perry, Bar #009801
 5 | Jason P. Sherman, Bar #019999
   | Attorney for Chase Home Finance LLC
 6 | [FILE 09-020179 CHE]
```

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: January 22, 2010



*Randolph J. Haines*
———————————————
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEMETRIO VASQUEZ ALLADO, JR.,<br><br>    Debtor. | Case # 2:09-bk-31892-RJH<br><br>Chapter 7 Proceedings |
| Chase Home Finance LLC, its assignees and / or successors in interest,<br>    Movant,<br><br>v.<br><br>DEMETRIO VASQUEZ ALLADO, JR., Debtor, and Chapter 7 Trustee DAVID M. REAVES,<br>    Respondents. | ORDER LIFTING<br>THE AUTOMATIC STAY<br><br>Re: Real Property located at<br>12729 West Catalina Drive<br>Avondale, AZ 85323 |

    The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

    **THEREFORE, IT IS ORDERED:**

    1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

ORDER LIFTING AUTOMATIC STAY      PAGE 1      CASE # 2:09-BK-31892-RJH

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 12729 West Catalina Drive, Avondale, AZ 85323 and legally described as:

> LOT 367, CORTE SIERRA UNIT I, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 514 OF MAPS, PAGE 42

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

Randolph J. Haines
U. S. Bankruptcy Court Judge